UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL NAHASS,                *<br>        *Plaintiff*          *<br>v.                           *<br>                             *<br>JAMES HARRISON, GREGORY      *<br>QUARLES, MITCHELL COGERT,    *<br>AND LAWRENCE SIEGEL,         *<br>        *Defendants.*        * | C.A. No. 1:15-cv-12354-MLW |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The plaintiff, Paul Nahass, and the defendants James Harrison, Gregory Quarles, Mitchell Cogert, and Lawrence Siegel, through their respective counsel, hereby stipulate that the deadline for the plaintiff to file his *Opposition* to defendants' *Motion to Dismiss for Failure to State a Claim* [Docket No. 6] shall be extended to Tuesday, August 11, 2015.

PAUL NAHASS

*By his attorneys,*

MORISI & OATWAY, P.C.

Dated: August 7, 2015        /s/ Elizabeth S. Dillon
Andrew C. Oatway, BBO #561885
aco@morisi.com
Elizabeth S. Dillon, BBO #683540
esd@morisi.com
MORISI & OATWAY, P.C.
730 Hancock Street
Quincy, MA 02170-2723
Tel: (617) 479-0400
Fax: (617) 479-6885

|  |  |
|---|---|
|  | JAMES HARRISON, GREGORY QUARLES, MITCHELL COGERT, and LAWRENCE SIEGEL |
|  | *By their attorneys,* |
|  | RICH MAY, P.C. |
| Dated: <u>August 7, 2015</u> | /s/ Frank N. Gaeta<br>Frank N. Gaeta, BBO #561388<br>fgaeta@richmaylaw.com<br>RICH MAY, P.C.<br>176 Federal Street<br>Boston, MA 02110<br>Tel: (617) 556-3838<br>Fax: (617) 391-5738 |

**Certificate of Service**

I hereby certify that on August 7, 2015, a true copy of the above document was filed with the clerk of court using the CM/ECF system, which will notify the following counsel of record:

Frank N. Gaeta, Esq.
Rich & May, P.C.
176 Federal Street
Boston, MA 02110

/s/ Elizabeth S. Dillon
Elizabeth S. Dillon